**KAZEROUNI LAW GROUP, APC**
Abbas Kazerounian, Esq. (249203)
ak@kazlg.com
Matthew M. Loker, Esq. (279939)
ml@kazlg.com
245 Fischer Avenue, Unit D1
Costa Mesa, CA 92626
Telephone: (800) 400-6808
Facsimile: (800) 520-5523

**RECORDON & RECORDON**
Stephen G. Recordon, Esq. (91401)
sgrecordon@aol.com
225 Broadway, Suite 1900
San Diego, CA 92101
Telephone: (619) 232-1717
Facsimile: (619) 232-5325

**HYDE & SWIGART**
Joshua B. Swigart, Esq. (225557)
josh@westcoastlitigation.com
2221 Camino Del Rio South, Suite 101
San Diego, CA 92108
Telephone: (619) 233-7770
Facsimile: (619) 297-1022

Clinton J. Rooney, Esq. (221628)
225 Broadway, Suite 1900
San Diego, CA 92101
Telephone: (619) 234-0212

Attorneys for Plaintiff,
Diane Bush

KAZEROUNI LAW GROUP, APC
245 Fischer Avenue, Unit D1
Costa Mesa, CA 92626

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**DIANE BUSH, Individually and On Behalf of All Others Similarly Situated,**

Plaintiff,

v.

**MERCEDES-BENZ FINANCIAL SERVICES, LLC,**

Defendant.

**Case No.:** CV14-3868 AB (PJWx)

**NOTICE OF SETTLEMENT**

**HON. ANDRE BIROTTE JR.**

///

///

///

///

KAZEROUNI LAW GROUP, APC
245 FISCHER AVENUE, UNIT D1
COSTA MESA, CA 92626

**NOTICE IS HEREBY GIVEN** that the dispute between Plaintiff DIANE BUSH ("Plaintiff") and Defendant MERCEDES-BENZ FINANCIAL SERVICES, LLC ("Defendant") has been resolved. The Parties anticipate filing a Joint Motion for Dismissal of Plaintiff's claims with Prejudice and the claims of the putative class members without prejudice within 60 days. Plaintiff requests that all pending dates and filing requirements be vacated and that the Court set a deadline on or after March 18, 2016 for filing a Joint Dismissal.

Dated: January 18, 2016

Respectfully submitted,

**KAZEROUNI LAW GROUP, APC**

By: ____/s/ Matthew M. Loker___
MATTHEW M. LOKER, ESQ.
ATTORNEY FOR PLAINTIFF

## CERTIFICATE OF SERVICE

A copy of the foregoing Notice of Settlement has been filed this 17th day of January, 2016, through the Court's electronic filing system. All parties may access the foregoing via the Court's electronic filing system.

___/s/ Matthew M. Loker___
Matthew M. Loker