UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| DIANE BUSH, Individually and On Behalf of All Others Similarly Situated,<br><br>                    Plaintiff,<br>v.<br><br>MERCEDES-BENZ FINANCIAL SERVICES, LLC,<br><br>                    Defendant. | Case No: 2:14-cv-03868-AB-PJW<br><br>[**PROPOSED**] ORDER GRANTING JOINT MOTION FOR DISMISSAL OF ACTION WITH PREJUDICE AS TO NAMED PLAINTIFF AND WITHOUT PREJUDICE AS TO THE PUTATIVE CLASS<br><br>**HON. ANDRE BIROTTE JR.** |

    Based upon the Joint Motion for Dismissal, and good cause, this Court hereby orders the action to be, and is, dismissed with prejudice as to the Named Plaintiff and without prejudice as to the Putative Class.

    IT IS SO ORDERED.

Dated: February 5, 2016                        _____
                                                    HON. ANDRE BIROTTE JR.
                                                    UNITED STATES DISTRICT JUDGE